[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Oct. 29, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-15998
Non-Argument Calendar

_____

D. C. Docket No. 07-00313-CR-J-16-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHAMEL ANTHONY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 29, 2009)

Before BLACK, BARKETT and COX, Circuit Judges.

PER CURIAM:

David A. Taylor, appointed counsel for Shamel Anthony, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Anthony's convictions and sentences are **AFFIRMED**.